# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ACCESS FOR THE DISABLED, INC., and
DENISE PAYNE,**

          **Plaintiffs,**

**-vs-**                                                   **Case No.  6:09-cv-1689-Orl-31DAB**

**LAKESIDE OPERATING PARTNERSHIP,
L.P.,**

          **Defendant.**
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Plaintiffs' Notice of Dismissal without Prejudice (Doc. No. 15), it is

**ORDERED** that this case is DISMISSED without prejudice pursuant to Local Rule 3.08(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.  Any pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 16, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE